**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| **This document relates to:** | * | **JUDGE FALLON** |
| **UFCW Local 1766, et al. v. Merck & Co., Inc., No. 05-01111;** | * | **MAGISTRATE JUDGE KNOWLES** |
| **Sheet Metal Workers Local No. 20 Welfare & Benefit Fund, et al. v. Merck & Co., Inc., No. 05-02269;** | * | |
| **Healthcare Recoveries, Inc. v. Merck & Co., Inc., No. 08-01068;** | * | |
| **AvMed, Inc., et al. v. BrownGreer PLC, et al., No. 08-01633;** | * | |
| **1199 SEIU Greater New York Benefit Fund, et al. v. BrownGreer PLC, et al., No. 08-03627; and,** | * | |
| **HMO Louisiana, Inc. v. Merck & Co., Inc., No. 09-03116** | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

**ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Considering the foregoing Joint Motion to Dismiss With Prejudice Pursuant to Private TPP Settlement Agreement and Release, and considering the Court's Minute Entry dated September 28, 2016 (Rec. Doc. 65469),

**IT IS ORDERED** that all claims of plaintiffs in the above-captioned cases, 05-0111, 05-2269, 08-1068, 08-1633, 08-3627, and 09-3116, be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the cases be marked closed by the Clerk of Court.

**NEW ORLEANS, LOUISIANA**, this 5th day of January, 2017.

Eldon E. Fallon
DISTRICT JUDGE